UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONA SMITH,<br><br>                         Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1 to 10, inclusive,<br><br>                         Defendants. | Case No.: 18-CV-1463 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 40) |

Presently before the Court is the Parties' Joint Motion to Dismiss Entire Action with Prejudice ("Joint Mot.," ECF No. 40).  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this action in its entirety **WITH PREJUDICE**.  As this concludes the litigation in this matter, the Clerk **SHALL** close the file.

**IT IS SO ORDERED.**

Dated:  November 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1